IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Information |
| v. | |
| SANDRA BEJARANO GARCIA | No. 1:25-CR-0329 |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One

Beginning in or about December 2024, and continuing until on or about January 29, 2025, in the Northern District of Georgia and elsewhere, the defendant, SANDRA BEJARANO GARCIA, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with others known and unknown, to conduct and attempt to conduct a financial transaction in and affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, the felonious manufacture, importation, receiving, concealment, buying, selling and otherwise dealing in a controlled substance punishable under a law of the United States, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), all in violation of Title 18, United States Code, Section 1956(h).

## Counts Two and Three

On or about the dates listed below, in the Northern District of Georgia, the defendant, SANDRA BEJARANO GARCIA, aided and abetted by others known and unknown, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, the felonious manufacture, importation, receiving, concealment, buying, selling and otherwise dealing in a controlled substance punishable under a law of the United States, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, and that while conducting and attempting to conduct such financial transaction, knew that the funds involved in the financial transaction represented proceeds of some form of unlawful activity:

| Count | Date (on or about) | Financial Transaction |
|---|---|---|
| 2 | December 9, 2024 | Delivery of approximately $674,905 in bulk U.S. currency to co-conspirators. |
| 3 | January 29, 2025 | Delivery of approximately $480,000 in bulk U.S. currency to a co-conspirator. |

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) and Section 2.

## Forfeiture Provision

Upon conviction of the offenses alleged in Counts One, Two, and Three of this Information, the defendant, SANDRA BEJARANO GARCIA, shall forfeit to the United

States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, or any property traceable to such property, including, but not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in Counts One, Two, and Three of this Information.

If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

a) cannot be located upon the exercise of due diligence;

b) has been transferred or sold to, or deposited with, a third party;

c) has been placed beyond the jurisdiction of the court;

d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

THEODORE S. HERTZBERG
  *United States Attorney*

AUSTIN M. HALL
  *Assistant United States Attorney*
Georgia Bar No. 310751
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
(404) 581-6000

3